**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Wham−O Holding, LTD, et al.

                              Plaintiff,

v.                                                                  Case No.: 1:24−cv−10999

                                                                              Honorable Edmond E. Chang

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 8, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) The motion [4] to seal is granted in light of the goal of asset restraint. (2.) But on review of the complaint and Schedule A, brief, the Court raises the propriety of joinder of the 211 Defendants. The Plaintiff shall review the opinion in Estee Lauder Cosmetics Ltd. v. Schedule A, 334 F.R.D. 182, 18789 (N.D. Ill. 2020), and file a supplemental memorandum addressing the propriety of joinder by 11/18/2024. In lieu of the supplemental memorandum, by the same deadline, the Plaintiff may file an amended complaint with (a) one defendant or (b) a subset of the defendants along with a memo explaining why joinder of those defendants is proper. The tracking status hearing of 11/15/2024 is reset to 11/29/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.