IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:24−cv−10999<br><br>District Judge Edmond E. Chang<br><br>Magistrate Judge Beth W. Jantz |

**PLAINTIFF'S MOTION FOR RELEASE OF CASH BOND**

Plaintiffs Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O (collectively, "Wham-O" or "Plaintiff") hereby moves this Court for release of the ten-thousand-dollar ($10,000) cash bond posted December 23, 2024.

On December 23, 2024, Plaintiff posted a cash bond of ten-thousand-dollars ($10,000) as security for a TRO. Dkt. 21. All Defendants named in Amended Schedule A have been dismissed with prejudice. Dkt. 36. Plaintiff respectfully moves the court to order that the ten-thousand-dollar ($10,000) cash bond posted by Plaintiff, plus accrued interest, is hereby released to Plaintiff or its counsel, Nixon Peabody LLP.

.

DATED: January 17, 2025    Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***

3

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on January 17, 2025.

*/s/ Matthew A. Werber*
Matthew A. Werber
