**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:24−cv−10999<br><br>District Judge Edmond E. Chang<br><br>Magistrate Judge Beth W. Jantz |

**ORDER GRANTING**
**PLAINTIFF'S MOTION FOR RELEASE OF CASH BOND**

Plaintiffs Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O (collectively, "Wham-O" or "Plaintiff") has moved for the release of Cash Bond posted December 23, 2024. For good cause shown, the present motion is GRANTED. The ten-thousand-dollar ($10,000) cash bond posted by Plaintiff, plus accrued interest, is hereby released to Plaintiff or its counsel, Nixon Peabody LLP.

Date: 01/21/2025

_____
Hon. Edmond E. Chang
United States District Court Judge

1